IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD SULLIVAN**                                                                    **PLAINTIFF**

v.                             No. 3:22-cv-107-DPM

**KIRK SIMPSON; ROBERT CRESTMAN;
DEVON STROUD; and JACOB
SAFFELL, Individually and in Their
Official Capacities as Officers of
Craighead County, Arkansas**                                      **DEFENDANTS**

ORDER

Unless there is a last-minute settlement, I must preside over the trial in an older case the week of June 3rd. But this case is also ready for trial and is more than two years old. This dispute needs resolution. Magistrate Judge Deere is available, willing, and ready to preside over the trial in this case starting 4 June 2024 as scheduled. The Court encourages the parties to consent to her doing so. And the Court directs the Clerk to re-send consent forms to counsel. Please return the forms by 29 May 2024.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 May 2024